AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

_____ District of ___Colorado_____   14-po-00040-GPG

UNITED STATES OF AMERICA
v.

REBECCA A. BENNETT

**Judgment in a Criminal Case**
(For a Petty Offense) — Short Form

Case No. *14-po-40-GPG*

USM No.

_____Gary Fielder_____
Defendant's Attorney

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

_____Defendant found Guilty by court_____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16, USC Sec 551 and Title 36 CFR Sec 261.13 | Operating a Motorized Vehicle in Closed Area | 10-20-2013 | I |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

**Total:**   Assessment: $ $10.00   Fine: $ $250.00

Last Four Digits of Defendant's Soc. Sec. No.: ▇

Defendant's Year of Birth: 1951

City and State of Defendant's Residence:

December 9, 2014
Date of Imposition of Judgment

/s/ _____
Signature of Judge

Gordon P. Gallagher Magistrate Judge
Name and Title of Judge

December 11, 2014
Date